IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                     PLAINTIFF

V.                                                              CRIMINAL NO. 5:10cr3DCB-FKB

JOHN CRUMPLER                                                                DEFENDANT

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 28, 2010, this Court entered an Agreed Preliminary Order of Forfeiture,

ordering defendant, John Crumpler, to forfeit:

(1)    Toshiba Satellite A 105-S4274 laptop, serial number Z6017702Q;
(2)    Toshiba MK1032GSX 100GB hard drive, serial number YG2GF0QUS;
(3)    Samsung SGH-A867 cell phone, serial number 5276034V;
(4)    SanDisk MicroSD Card, serial number 0B00902B41D6Y; and
(5)    AT&T SIM Card, ID number 89014103212074051337.

(the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov

notice of this forfeiture and of the intent of the United States to dispose of the property in accordance

with the law and as specified in the Agreed Preliminary Order of Forfeiture, and further notifying

all third parties of their right to petition the Court, within sixty (60) days from the first day of

publication of the Notice of Forfeiture on the government internet site, for a hearing to adjudicate

the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant, John Crumpler,  had an interest in the property

that is subject to forfeiture pursuant to Title 18 U.S.C. §2253.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

following property:

(1)     Toshiba Satellite A 105-S4274 laptop, serial number Z6017702Q;
(2)     Toshiba MK1032GSX 100GB hard drive, serial number YG2GF0QUS;
(3)     Samsung SGH-A867 cell phone, serial number 5276034V;
(4)     SanDisk MicroSD Card, serial number 0B00902B41D6Y; and
(5)     AT&T SIM Card, ID number 89014103212074051337.

is hereby forfeited to the United States of America pursuant to Title 18 U.S.C. §2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest

to the property described above is hereby condemned, forfeited and vested in the United States of

America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

in the case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this the 11th day of May, 2011.


s/David Bramlette
UNITED STATES DISTRICT JUDGE